FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.  2:19-CR-0132-WFN-1 |
|---|---|
| Plaintiff, | |
| -vs- | ORDER DISMISSING INDICTMENT WITH PREJUDICE |
| GERARDO FARIAS-CONTRERAS, | |
| Defendant. | |

On the oral motion of the Government, and pursuant to the parties' Plea Agreement in 2:19-CR-0111-WFN-17,

**IT IS ORDERED** that this case is **DISMISSED with prejudice**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 4th day of February, 2021.

02-03-21

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER